UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAROLD LITWIN, Derivatively on behalf of T-MOBILE USA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>G. MICHAEL SIEVERT, TIMOTHEUS HÖTTGES, MARCELO CLAURE, SRIKANT M. DATAR, CHRISTIAN P. ILLEK, RAPHAEL KÜBLER, LETITIA A. LONG, THORSTEN LANGHEIM, DOMINIQUE LEROY, TERESA A. TAYLOR, OMAR TAZI, KELVIN R. WESTBROOK, MICHAEL WILKENS, and BAVAN M. HOLLOWAY,<br><br>Defendants,<br>and<br><br>T-MOBILE USA, INC.,<br><br>Nominal Defendant. | CASE NO. 2:21-cv-01599-RAJ-BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER** |

Based on the Stipulated Motion of the parties (Dkt. 35) and for good cause shown, it is

**ORDERED** that the Court's First Scheduling Order (Dkt. 34) is amended as follows:

1. Plaintiff shall file a Praecipe pursuant to Local Rule 7(m) requesting that the Court consider a corrected Complaint that, among other things, names "T-Mobile US, Inc.," rather than "T-Mobile USA, Inc.," as the nominal defendant no later than **March 15, 2022**.

ORDER GRANTING STIPULATED MOTION
TO AMEND SCHEDULING ORDER - 1

2. Counsel for defendants shall accept service of the Complaint on behalf of T-Mobile US, Inc.

3. The time for Defendants to move, answer, or otherwise respond to the Complaint is on or before **April 8, 2022**.

4. If any Defendants move to dismiss the Complaint, then the following schedule shall govern the response to the motion(s) to dismiss:

    a. Any opposition brief(s) or an amended Complaint shall be filed and served on or before **June 7, 2022**;

    b. If Plaintiff files opposition brief(s), any reply brief(s) shall be filed and served on or before **July 7, 2022**;

5. All other provisions in the First Scheduling Order shall remain unchanged.

DATED this 11th day of March, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge