**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| HAROLD LITWIN, Derivatively on behalf of T-MOBILE US, INC., <br><br> Plaintiff, <br><br> vs. <br><br> G. MICHAEL SIEVERT, TIMOTHEUS HÖTTGES, MARCELO CLAURE, SRIKANT M. DATAR, CHRISTIAN P. ILLEK, RAPHAEL KÜBLER, LETITIA A. LONG, THORSTEN LANGHEIM, DOMINIQUE LEROY, TERESA A. TAYLOR, OMAR TAZI, KELVIN R. WESTBROOK, MICHAEL WILKENS, and BAVAN M. HOLLOWAY, <br><br> Defendants, <br><br> -and- <br><br> T-MOBILE US, INC., <br><br> Nominal Defendant. | CASE NO. 2:21-cv-1599-RAJ-BAT <br><br> **STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) AND 23.1(c) WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a) and 23.1(c), Plaintiff Harold Litwin ("Plaintiff"), Nominal Defendant T-Mobile US, Inc. ("T-Mobile"), and Defendants G. Michael Sievert, Timotheus Höttges, Marcelo Claure, Srikant M. Datar, Christian P. Illek, Raphael Kübler, Letitia

---

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL - 1
CASE NO. 2:21-CV-1599-RAJ-BAT

**WEISSLAW LLP**
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010

A. Long, Thorsten Langheim, Dominique Leroy, Teresa A. Taylor, Omar Tazi, Kelvin R. Westbrook, Michael Wilkens, and Bavan M. Holloway (collectively with T-Mobile, the "Defendants" and with Plaintiff, the "Parties") hereby stipulate and agree that the above-captioned action be voluntarily dismissed without prejudice. The Parties state the following in support of dismissal:

WHEREAS, on November 29, 2021, Plaintiff commenced this shareholder derivative action (the "Action") on behalf of T-Mobile (ECF No. 1) alleging violations of Section 14(a) of the Securities Exchange Act of 1934, breach of fiduciary duty, aiding and abetting, and waste of corporate assets;

WHEREAS, on February 22, 2022, the Court entered the Order Extending Defendants' Time to Respond to the Complaint (ECF No. 34);

WHEREAS, on March 11, 2022, the Court entered the Order Amending the Scheduling Order extending the time for Defendants to respond to the Complaint (ECF No. 36);

WHEREAS, Defendants have neither answered the Complaint nor moved to dismiss or for summary judgment;

WHEREAS, the Parties met and conferred on March 29, 2022 regarding Defendants' intended filing of a motion to dismiss predicated upon, among other things, the failure to properly plead the Plaintiff's standing. In furtherance of the meet and confer, Plaintiff's counsel represented to Defendants' counsel that Plaintiff's counsel substantiated Plaintiff's holding of T-Mobile stock prior to the filing of the complaint herein, but learned that, after filing of the complaint, Plaintiff sold his T-Mobile stock;

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL - 2
Case No. 2:21-cv-1599-RAJ-BAT

WEISSLAW LLP
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010

WHEREAS, due to a lack of standing, Plaintiff now wishes to dismiss the Action in its entirety without prejudice;

WHEREAS, there is no need to notify T-Mobile shareholders of the voluntary dismissal because: (i) there has been no settlement or compromise of this Action; (ii) there has been no collusion among the Parties; (iii) no payment has been made or will be paid to any party or their counsel in connection with the voluntary dismissal; (iv) the voluntary dismissal is made without prejudice and therefore will not have any preclusive effect on any other T-Mobile shareholder; (v) Defendants will not suffer any prejudice as they do not oppose this voluntary dismissal; and

IT IS HEREBY STIPULATED AND AGREED by the Parties hereto, through their undersigned counsel, subject to approval of the Court, as follows:

1. This Action is dismissed without prejudice; and

2. The Parties shall bear their own costs and fees.

Dated this 4th day of April, 2022.

| YANICK LAW & DISPUTE RESOLUTION PLLC | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|---|---|
| By: *s/Miles A. Yanick*<br>Miles A. Yanick (WSBA# 26603)<br>myanick@yanicklaw.com<br>701 Fifth Avenue, Suite 3420<br>Seattle, WA  98104-7097<br>Telephone:  +1 206 455 5924 | By: *s/Aravind Swaminathan*<br>Aravind Swaminathan (WSBA# 33883)<br>aravind@orrick.com<br><br>701 Fifth Avenue, Suite 5600<br>Seattle, WA  98104-7097<br>Telephone:  +1 206 839 4300<br>Facsimile:  +1 206 839 4301 |

---

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL - 3
Case No. 2:21-cv-1599-RAJ-BAT

WEISSLAW LLP
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010

| | |
|---|---|
| WEISS LAW LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| By: *s/David C. Katz*<br>      *s/Mark D. Smilow*<br>      *s/Joshua M. Rubin*<br>      David C. Katz (*pro hac vice*)<br>      Mark D. Smilow (*pro hac vice*)<br>      Joshua M. Rubin (*pro hac vice*)<br>      dkatz@weisslawllp.com<br>      msmilow@weisslawllp.com<br>      jrubin@weisslawllp.com<br><br>305 Broadway, 7th Floor<br>New York, NY 10007<br>Telephone: +1 212 682-3025 | By: *s/Roger A. Cooper*<br>      *s/Anthony Shults*<br>      *s/Aaron Francis*<br>      Roger A. Cooper (*pro hac vice forthcoming*)<br>      Anthony Shults (*pro hac vice forthcoming*)<br>      Aaron Francis (*pro hac vice forthcoming*)<br>      racooper@cgsh.com<br><br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: +1 212 225 2283 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants and Nominal Defendant* |

**ORDER**

IT IS SO ORDERED.

DATED this 4th day of April, 2022.

_____
Richard A. Jones
United States District Court Judge

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL - 4
Case No. 2:21-cv-1599-RAJ-BAT

WEISSLAW LLP
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010